IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| BARBARA BAGWELL, *et al.*, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 2:08-CV-0191-RWS |
| PEACHTREE DOORS AND : | |
| WINDOWS, INC., *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [318] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, Plaintiffs' Objections [321], Defendants' Objections [324], Defendants' Response to Plaintiffs' Objections [325], and Plaintiffs' Reply [326] to Defendants' Response, the Court enters the following Order.

The Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendants' Motion for Summary Judgment [244] and Plaintiffs' Motion for Summary Judgment [248]

are hereby **DENIED**.  The parties shall submit a proposed consolidated pretrial order within thirty (30) days of the entry of this Order.

**SO ORDERED**, this  19th  day of April, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE